UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STEPHANIE BATES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:25-cv-0845-B (BT) |
| | § | |
| CALIBER HOLDINGS LLC, | § | |
| | § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court. The plaintiff's motion for leave to proceed *in forma pauperis* (Doc. 4) is **DENIED**. The plaintiff must pay the full $405.00 filing fee within thirty days of this order, or the Court will dismiss this case under Federal Rule of Civil Procedure 41(b) without further notice.

SIGNED this 2nd day of May, 2025.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE